UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **MELINDA PRICE-BEDI,** **MOTHER OF DECEASED SCOTT SALVATORE GARCIE** | **CIVIL ACTION** |
| **VERSUS** | **NUMBER: 20-3407** |
| **PORSCHE CAR NORTH AMERICA, INV., ET AL** | **SECTION: "I" (1)** |

## ORDER

The Court, after considering the complaint, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and the objection by plaintiff, Melinda Price-Bedi, which is hereby **OVERRULED**, approves the Magistrate Judge's Findings and Recommendation and adopts it as its opinion.  Accordingly,

**IT IS ORDERED** that the lawsuit is **REMANDED** to the 24th Judicial District Court for the Parish of Jefferson, Louisiana.

New Orleans, Louisiana, this 24th day of February, 2021.

_____
LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE